# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, )<br>)<br>Respondent, )<br>)<br>v. )<br>)<br>DOUGLAS BRUCE-JOHN GOGEL, )<br>)<br>Appellant, )<br>)<br>and )<br>)<br>BREANNA JOANN BYRD, and each of )<br>them, )<br>)<br>Defendant. ) | No. 71427-9-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION<br><br><br><br>APR 2 0 2015<br>FILED: _____ |

TRICKEY, J. — Douglas Bruce-John Gogel appeals from the judgment and sentence entered following his conviction for prescription forgery. The State concedes that, pursuant to RCW 69.41.072, it erroneously charged Gogel under RCW 69.41.020(1)(b) of the legend drug act when it should have charged the crime of prescription forgery under RCW 69.50.403(1)(c) of the Uniform Controlled Substances Act. We accept the State's concession, reverse the conviction, and remand to permit the trial court to enter an agreed order of dismissal with prejudice pursuant to RAP 7.2(e).

Trickey, J.

WE CONCUR:

Jau, J.

Becker, J.